UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBMISSION OF FOREIGN ADMINISTRATIVE RECORD LODGED FOR PRESERVATION | Case No. 25-mc-80372-TSH<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 2 |

Jeremy Lafitte filed this miscellaneous matter "[t]o lodge a foreign administrative record in the **Miscellaneous Docket** for **archival, evidentiary, and potential future judicial notice purposes only.**" ECF No. 1 at 1 (emphasis in original). As part of his filing, Lafitte filed an administrative motion to file the entire record under seal. ECF No. 2. After reviewing his motion and filings, the Court found Lafitte failed to establish good cause for sealing because his declaration in support makes only conclusory statements and does not provide specific information establishing that the documents, or portions thereof, are privileged or protectable as a trade secret or otherwise entitled to protection under the law, as required under Civil Local Rule 79-5(a). ECF No. 3. The Court provided Lafitte with an opportunity to submit additional information by December 17, instructing that if he failed to do so, the motion to seal would be denied. Lafitte has failed to respond. Accordingly, the motion to seal is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 29, 2025

THOMAS S. HIXSON
United States Magistrate Judge