UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBMISSION OF FOREIGN ADMINISTRATIVE RECORD LODGED FOR PRESERVATION | Case No. 25-mc-80372-TSH<br><br>**ORDER GRANTING REVISED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 5 |

Jeremy Lafitte filed this miscellaneous matter "[t]o lodge a foreign administrative record in the **Miscellaneous Docket** for **archival, evidentiary, and potential future judicial notice purposes only.**" ECF No. 1 at 1 (emphasis in original). As part of his filing, Lafitte has filed an administrative motion to file the entire record under seal. ECF No. 2. After reviewing his motion and filings, the Court found Lafitte failed to establish good cause for sealing because his declaration in support makes only conclusory statements and does not provide specific information establishing that the documents, or portions thereof, are privileged or protectable as a trade secret or otherwise entitled to protection under the law, as required under Civil Local Rule 79-5(a). ECF No. 3. The Court provided Lafitte with an opportunity to submit additional information by December 17, instructing that if he failed to do so, the motion to seal would be denied. After receiving no response, the Court denied the motion to seal. ECF No. 4. However, Lafitte has now filed a revised motion to seal, seeking to seal only two pages in which his thumb print appears. ECF No. 5. These two pages are located at ECF No. 2-2, pages 11 and 17. The Court finds Lafitte has established good cause to seal these two pages and therefore **GRANTS** the revised motion to seal.

Typically, a party seeking to file documents under seal must file an unredacted version of

1 the documents for which sealing is sought along with a public redacted version in which those
2 documents are replaced with a blank page reading "EXHIBIT FILED UNDER SEAL." *See* Civ.
3 L.R. 79-5(d).  As Lafitte has filed only an unredacted version, and the Clerk of Court is unable to
4 redact the two pages with fingerprints, the Court **ORDERS** Lafitte to file a public redacted
5 version of the entire record, with the two pages at ECF No. 2-2, pages 11 and 17 replaced by blank
6 pages reading "EXHIBIT FILED UNDER SEAL."  Lafitte shall file the redacted version of the
7 record by January 14, 2026.

**IT IS SO ORDERED.**

Dated: December 31, 2025

THOMAS S. HIXSON
United States Magistrate Judge

2