United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBMISSION OF FOREIGN ADMINISTRATIVE RECORD FOR PRESERVATION | Case No.  25-mc-80372-TSH<br><br>**ORDER DENYING REQUEST FOR EXEMPLIFICATION OF THE RECORD** |

Petitioner Jeremy Lafitte has requested that the Court exemplify the records at ECF Nos. 11 and 12.[1]  However, the Court will not exemplify them because they are frauds.

The first page of ECF No. 11 identifies an "index of attached materials."  The first item listed is "Foreign Administrative Record/Judgment/Certificate."  Page one then lists several "supporting exhibits" for the "Foreign Administrative Record/Judgment/Certificate."  However, there is no "Foreign Administrative Record/Judgment/Certificate."  The pages that follow are nothing of the sort.  Similarly, pages three through six of ECF No. 11 are entitled "Affidavit of Obligation/Commercial Lien," but they are not a commercial lien.  Likewise, ECF No. 12 purports to be, and at other times purports to attach, a "foreign maritime merchant judgment."  It is not, and it attaches nothing of the sort.

An exemplification asks the Clerk of Court to attest that the referenced items "are true copies of records of this Court."  This exemplification request looks like an attempt to fool someone into thinking that Lafitte has a judgment and a lien on that judgment when he does not

---

[1] In case you are wondering what this miscellaneous action (25-mc-80372) is, it is not any recognized legal proceeding.  Petitioner says that "[t]he Clerk may accept for filing in the Miscellaneous Docket any document not intended to initiate a civil case or seek judicial action," ECF No. 1, and that's what he says he has filed.  In other words, this miscellaneous action is not a legal dispute between anybody.  It is just a stack of documents.

(at least not in this court).  The Court will not exemplify fraudulent documents that purport to be something they are not.  *See, e.g., Cramer v. Arizona*, 2025 WL 3481811, *1 (D.Ariz. Dec. 4, 2025) ("Plaintiff is now trying to use the 'exemplification certificate' process to get this Court to 'authenticate'" "what appears to be the fake release order that tricked the department of corrections into releasing him").  Petitioner's request is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: February 18, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2